IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  NAVISTAR DIESEL ENGINE | ) | Case No. 11 C 2496 |
| PRODUCTS LIABILITY | ) | MDL NO. 2223 |
| LITIGATION | ) | |

**This Document Relates to:  All Cases**

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs have reached an agreement with Defendant Ford Motor Company ("Ford") to resolve this case.  For the reasons set forth in Plaintiffs' Memorandum in Support of this Motion, Plaintiffs respectfully request that this Court enter an order granting preliminary approval of the settlement agreement attached as Exhibit 1 to Plaintiffs' Memorandum (the "Settlement"), certify a provisional settlement class (the "Class"), approve the proposed form of notice to the Class attached as Exhibit B to the Settlement, and direct that notice be given to Class members.

Dated:  November 1, 2012         Respectfully submitted,

By:    /s/    Michael A. Caddell
Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
Caddell & Chapman
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

**MDL LEAD COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 1, 2012, this document was filed electronically via the Court's ECF system and thereby served on all counsel of record.

/s/ Cynthia B. Chapman