IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: NAVISTAR DIESEL ENGINE | ) | Case No. 11 C 2496 |
| PRODUCTS LIABILITY | ) | MDL No. 2223 |
| LITIGATION | ) | |

This Document Relates to: All cases

### JOINT SUBMISSION OF PRELIMINARY APPROVAL ORDER

The Parties submit the attached proposed Preliminary Approval Order, pursuant to the Court's instructions during the November 13, 2012 hearing. This proposed Preliminary Approval Order is the same as submitted to the Court previously (Docket No. 263-3), with the addition of the dates and deadlines ordered by the Court during the November 13 hearing.

As directed by the Court, the Final Approval Hearing is set for Wednesday, May 22, 2013. In accordance with the Court's normal procedures, the Parties assume that the hearing will start at 9:30 a.m. If the Court prefers to start at a different time, the Parties assume that it will so indicate in the Preliminary Approval Order.

Respectfully submitted,

By: /s/ Michael A. Caddell
Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Counsel for Custom Underground, Inc., et al., and Lead Counsel for MDL Plaintiffs*

       James Latturner
       Daniel Edelman
       Francis R. Greene
       **EDELMAN, COMBS, LATTURNER &**
        **GOODWIN, LLC**
       120 South LaSalle St., Suite 1800
       Chicago IL 60603
       Telephone: (312) 739-4200
       Facsimile: (312) 419-0379 (fax)

       *Counsel for Custom Underground, Inc., et al., and Liaison Counsel for MDL Plaintiffs*


By:  /s/ Brian C. Anderson
       Brian C. Anderson (pro hac vice)
       Scott H. Hammack (pro hac vice)
       **O'MELVENY & MYERS LLP**
       1625 Eye Street, N.W.
       Washington DC 20006
       Telephone: (202) 383-5300
       Facsimile: (202) 383-5414

       *Counsel for Ford Motor Company*


       Dmitry Shifrin, #6279415
       **BRYAN CAVE LLP**
       161 North Clark Street, Suite 4300
       Chicago IL 60601-3206
       Telephone: (312) 602-5000
       Facsimile: (312) 602-5050

       *Counsel for Ford Motor Company*


       Dan H. Ball, #6293613
       Richard P. Cassetta, #43821
       **BRYAN CAVE LLP**
       211 N. Broadway, Suite 3600
       St. Louis MO 63102
       Telephone: (314) 259-2000
       Facsimile: (314) 259-2020

       *Counsel for Ford Motor Company*