# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2496 | **DATE** | 4/1/2013 |
| **CASE TITLE** | In Re: In re: Navistar Diesel Engine Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiffs' unopposed motion for leave to file enlarged brief in support of motion for attorney's fees is granted (dkt. no. 252). Plaintiffs' brief may be up to 30 pages long. The motion hearing date of 4/2/13 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|