**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  NAVISTAR DIESEL ENGINE | ) | Case No. 11 C 2496 |
| PRODUCTS LIABILITY | ) | MDL NO. 2223 |
| LITIGATION | ) | |

**This Document Relates to:  All Cases**

---

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS**

---

Plaintiffs[1] have reached a settlement agreement with Defendant Ford Motor Company

("Ford") to resolve this case, which the Court preliminarily approved on November 14, 2012,

and which is set for a final approval hearing on May 22, 2013.  (Dkt. 242.)  In connection with

this settlement, Ford has agreed not to oppose Plaintiffs' application for attorneys fees' up to

$12,800,000, costs and expenses up to $1,250,000, and service awards to be allocated among the

named plaintiffs up to a total of $150,000.  (Dkt. 236-1 at II.I-J.)  For the reasons set forth in

Plaintiffs' Memorandum in Support of this Motion, Plaintiffs respectfully request that the Court

approve their application for these attorneys' fees, expenses, and service awards.

---

[1]  Plaintiffs are Custom Underground, Inc., John Barrett, Scott and Heather Gray, Frank Brown Towing, Inc., Cecil and Tressie Fulton, Karl Strong, Dinonno Enterprises, Inc., d/b/a Cutting Edge Concrete Cutting, Charles Clark, Georgean Vogt, John Prebish, Steve Santilli, Anthony Mawyer, Gena Boggero, Carl Atwell, Phillip Marcum, and James Hutton.

Dated:  April 10, 2013         Respectfully submitted,

By:    /s/    Michael A. Caddell
        Michael A. Caddell
        Cynthia B. Chapman
        Cory S. Fein
        Caddell & Chapman
        1331 Lamar, Suite 1070
        Houston TX 77010-3027
        Telephone:  (713) 751-0400
        Facsimile:  (713) 751-0906

        **MDL LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 10, 2013, I conferred with Brian Anderson, counsel for Defendant Ford Motor Co., regarding this motion. Mr. Anderson advised that Ford does not oppose the motion.

/s/ Cynthia B. Chapman

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, this document was filed electronically via the Court's ECF system and thereby served on all counsel of record.

/s/ Cynthia B. Chapman