IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: NAVISTAR DIESEL ENGINE | ) | Case No. 11 C 2496 |
| PRODUCTS LIABILITY | ) | MDL NO. 2223 |
| LITIGATION | ) | |

This Document Relates to: All Cases

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE ENLARGED BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL

Plaintiffs[1] file this Unopposed Motion for Leave to file an enlarged brief of no more than 30 pages in support of their Motion for Final Approval, to be filed on May 15, 2013.

This case concerns alleged defects in Defendant Ford's 6.0-liter PowerStroke diesel engines installed in model year 2003–2007 non-ambulance vehicles. Plaintiffs and Ford entered into a Settlement Agreement resolving this litigation on November 1, 2012. On November 14, 2013, this Court granted Preliminary Approval to the parties' settlement and established a schedule for submitting final approval papers. (Dkt. 242.) Following this schedule, Plaintiffs filed their Motion for Attorneys' Fees, Expenses, and Service Awards on April 10, 2013. (Dkt. 256.) Plaintiffs and Ford will each submit responses to objections on May 8, 2013, (*see* Dkt. 258), and Plaintiffs' Motion for Final Approval will be filed on May 15, 2013. (*Id.*) The Final Approval hearing is scheduled for May 22, 2013. (*Id.*)

Plaintiffs appreciate the value of concise argument and will avoid duplicative or unnecessarily lengthy discussion in support of their Motion for Final Approval. But in light of

---

[1] Plaintiffs are Custom Underground, Inc., John Barrett, Scott and Heather Gray, Frank Brown Towing, Inc., Cecil and Tressie Fulton, Karl Strong, Dinonno Enterprises, Inc., d/b/a Cutting Edge Concrete Cutting, Charles Clark, Georgean Vogt, John Prebish, Steve Santilli, Anthony Mawyer, Gena Boggero, Carl Atwell, Phillip Marcum, and James Hutton.

the complexity of this action, which involves a nationwide settlement on behalf of over 1.1 million current and former owners of hundreds of thousands of vehicles, an enlarged brief is appropriate to give due consideration to all relevant facts.

Pursuant to LR 7.1, the Court should therefore grant Plaintiffs' Unopposed Motion for Leave to file an enlarged brief in support of their Motion for Final Approval of no more than 30 pages.

Dated:  April 29, 2013                                Respectfully submitted,


                                    By:     /s/    Michael A. Caddell
                                            Michael A. Caddell
                                            Cynthia B. Chapman
                                            Cory S. Fein
                                            Caddell & Chapman
                                            1331 Lamar, Suite 1070
                                            Houston TX 77010-3027
                                            Telephone:  (713) 751-0400
                                            Facsimile:  (713) 751-0906

                                            **MDL LEAD COUNSEL FOR PLAINTIFFS**


### CERTIFICATE OF CONFERENCE

I hereby certify that, on April 26, 2013, I conferred with Brian Anderson, counsel for Ford Motor Company in these proceedings.  Mr. Anderson advised that his client is not opposed to this motion.

                                            /s/ Cynthia B. Chapman
                                            Cynthia B. Chapman

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2013, this document was filed electronically via the Court's ECF system and thereby served on all counsel of record.

/s/ Cynthia B. Chapman
Cynthia B. Chapman
