Payment Receipt

*Handwritten top right:* Overdated

*Handwritten:* May 24 2011
Truck Transport Pasco Wash To Helena MT 59602
2004 F350 from South Spokane to Spokane, Then To Helena on Second Truck

**Cayden Auto Transport Inc.** *227-0929*
3318 Dusty Maiden Drive
Helena, MT 59602

**Received From:**
John Herrin
John Herrin
Helena, MT

| | |
|---|---|
| Date Received | 05/24/2011 |
| Payment Method | Cash |
| Check/Ref. No. | cash |

**Payment Amount**     $330.00

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 05/18/2011 | 1492 | -$330.00 |